1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:     650-614-7400
   Facsimile:     650-614-7401
5
   Attorneys for Defendants
6  APPLE COMPUTER, INC. and
   DAVID BLACK
7
   WAUKEEN Q. MCCOY, ESQ.
8  LAW OFFICES OF WAUKEEN Q. MCCOY
   703 Market Street, Suite 1407
9  San Francisco, CA  94103
   Telephone:     415-675-7705
10 Facsimile:     415-675-2530

11 Attorneys for Plaintiff
   NANCY ZAYED
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15

16 NANCY ZAYED, an individual,                 Case No.  C-04-1787

17         Plaintiff,                          **STIPULATION AND [PROPOSED]
                                               ORDER TO ALLOW PLAINTIFF TO
18    v.                                       FILE A SECOND AMENDED
                                               COMPLAINT, CHANGE TIME
19 APPLE COMPUTERS, a corporation doing        REGARDING SUMMARY
   business in California; DAVID BLACK, an     JUDGMENT FILING, AND FOR
20 individual, and DOES 1-50, inclusive,       ADDITIONAL PAGES FOR
                                               SUMMARY JUDGMENT MOTION
           Defendants.                         AND OPPOSITION THERETO**
21
                                               **LOCAL RULE 6-2**
22                                             ***MODIFIED BY THE COURT***
                                               THE PRELIMINARY
23                                             PRETRIAL/TRIAL SET
                                               CONFERENCE IS CONTINUED TO
24                                             MON. MARCH 20, 2006 AT 11AM

25

26

27

28

DOCSSV1:430961.1                               STIPULATION AND [PROPOSED] ORDER RE SECOND
                                               AMENDED COMPLAINT AND SUMMARY
                                               JUDGMENT (C-04-1787)

1       The parties hereto, and their undersigned counsel, hereby stipulate as follows:

2       WHEREAS the plaintiff has stated that she will request leave to file the Second
3   Amended Complaint containing 12 claims for relief, attached hereto as Exhibit A;

4       WHEREAS without waiving any objection they may have to the Second Amended
5   Complaint, and subject to the Court's approval of all provisions of this Stipulation, defendants
6   will not object to plaintiff's request for leave to file the Second Amended Complaint attached
7   hereto as Exhibit A;

8       WHEREAS the Court previously entered a Scheduling Order in this case on
9   February 1, 2005;

10      WHEREAS the Scheduling Order sets November 28, 2005 as the final date to hear
11  dispositive motions, and according to the local rules, the last date to file a dispositive motion is
12  October 24, 2005;

13      WHEREAS it would cause defendants unwarranted prejudice to attempt to file a
14  summary judgment motion before having sufficient time to analyze and answer plaintiff's Second
15  Amended Complaint;

16      WHEREAS due to the number of issues that will be addressed in the parties'
17  summary judgment briefs (including 12 claims for relief), the parties agree that they should be
18  permitted an additional five (5) pages in addition to the length permitted by Local Rules 7-2 and
19  7-3 in their respective memoranda of points and authorities which will be filed in relation to
20  Defendants' motions for summary judgment.

21      WHEREAS discovery closed on October 3, 2005;

22      WHEREAS no trial date has yet been set by the Court;

23      WHEREAS the Parties agree that although discovery in this case has proceeded,
24  the parties have not yet conducted expert discovery pursuant to the Court's July 22, 2005
25  modification to its February 1, 2005 Scheduling Order;

26      WHEREAS the Parties believe that extending the expert witness deadlines set
27  forth in the Court's July 22, 2005 Order until after the Court rules on the parties' dispositive
28  motions will be conducive to the efficient and expedient conduct of this litigation and will serve

1  the ends of justice and avoid unnecessary costs; and

2    WHEREAS the Parties have previously requested one time modification to the

3  Scheduling Order deadlines set by the Court to extend the expert witness deadlines,

4    NOW THEREFORE, IT IS AGREED AS FOLLOWS:

5    1. Plaintiff shall be permitted leave to file the Second Amended Complaint

6  attached hereto.  The Second Amended Complaint shall be deemed filed on the date this Order is

7  entered.

8

9    2. The deadlines set forth in the Court's February 1, 2005, Scheduling Order
shall be modified as follows:

10

11     (a) the last day for the Court to hear dispositive motions is February 6,

12      2006;

13     (b) the deadline to disclose expert witnesses pursuant to F.R.C.P. 26(a)

14      is March 20, 2006;

15     (c) the deadline to disclose rebuttal expert witnesses is April 3, 2006;

16     (d) the hearing deadline for motions objecting to the qualifications or

17      proposed testimony of any expert is May 27, 2006;

18     (e) The discovery deadline is extended to May 1, 2006, as to expert

19      discovery only, and discovery shall remain closed for all non-expert

20      discovery.

   (f) The Preliminary pretrial/trial set conference is reset to Mar.20,2006@11am

21    3. The parties shall be permitted an additional five (5) pages in addition to the

22  length permitted by Local Rules 7-2 and 7-3 in their respective memoranda of points and

23  authorities which will be filed in relation to Defendants' motions for summary judgment.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4. This Stipulation shall be made an Order of the Court.

Dated: October 17, 2005

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica R. Perry
Attorneys for Defendants
Apple Computer, Inc. and David Black

Dated: October 17, 2005

WAUKEEN Q. MCCOY, ESQ.
LAW OFFICES OF WAUKEEN Q. MCCOY

/s/
Rachael Orejana
Attorneys for Plaintiff
Nancy Zayed

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __Oct. 19,_____, 2005

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE