United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nancy Zayed, | NO. C 04-01787 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| Apple Computers et al., | |
| Defendant(s). | |

The motion for summary judgment or partial summary judgment currently set for December 19, 2005 is continued to February 6, 2006 at 9:00 a.m.

Dated: November 29, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jessica Perry jperry@orrick.com
Joseph Liburt jliburt@orrick.com
Waukeen Q McCoy mccoylawsf@yahoo.com

**Dated:   November 29, 2005**                             **Richard W. Wieking, Clerk**


                                                          **By:   /s/JW Chambers**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California