**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nancy Zayed, | NO. C 04-01787 JW |
|         Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL/TRIAL SETTING CONFERENCE** |
| v. | |
| Apple Computers, | |
|         Defendant(s). | |

In light of the pending motion for summary judgment, the preliminary pretrial conference/trial setting conference scheduled for March 20, 2006 is continued to May 1, 2006 at 11:00 a.m. The parties shall file a joint preliminary pretrial and trial setting conference statement no later than April 19, 2006.

Dated: March 6, 2006

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jessica Perry jperry@orrick.com
Joseph Liburt jliburt@orrick.com
Waukeen Q McCoy mccoylawsf@yahoo.com

**Dated: March 6, 2006**          **Richard W. Wieking, Clerk**

                                  **By:  /s/JW chambers**
                                        **Melissa Peralta**
                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California