1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:    650-614-7400
   Facsimile:    650-614-7401
5
   Attorneys for Defendants
6  APPLE COMPUTER, INC. and
   DAVID BLACK
7
   WAUKEEN Q. MCCOY, ESQ.
8  LAW OFFICES OF WAUKEEN Q. MCCOY
   703 Market Street, Suite 1407
9  San Francisco, CA  94103
   Telephone:    415-675-7705
10 Facsimile:    415-675-2530

11 Attorneys for Plaintiff
   NANCY ZAYED
12

*IT IS SO ORDERED*
*Judge James Ware*

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | NANCY ZAYED, an individual,                          | Case No.  C-04-1787
   |                                                      |
17 |             Plaintiff,                               | **STIPULATION AND [PROPOSED]**
   |                                                      | **ORDER TO CHANGE TIME**
18 |       v.                                             | **REGARDING EXPERT WITNESS**
   |                                                      | **DISCLOSURE DEADLINES**
19 | APPLE COMPUTERS, a corporation doing                 | **PURSUANT TO LOCAL RULE 6-2**
   | business in California; DAVID BLACK, an              |
   | individual, and DOES 1-50, inclusive,                |
20 |                                                      |
21 |             Defendants.                              |

22
23
24
25
26
27
28

DOCSSV1:450002.2

STIPULATION AND [PROPOSED] ORDER
MODIFYING EXPERT WITNESS DISCLOSURE
DEADLINES (C-04-1787)

1   The parties hereto, and their undersigned counsel, hereby stipulate as follows:

2   WHEREAS the Court previously entered a Scheduling Order in this case on
3   February 1, 2005 and modified that Scheduling Order on July 22, 2005 and on October 18, 2005;

4   WHEREAS discovery closed on October 3, 2005;

5   WHEREAS no trial date has yet been set by the Court;

6   WHEREAS the Parties agree that although discovery in this case has proceeded,
7   the parties have not yet conducted expert discovery pursuant to the Court's October 18, 2005
8   modification to its February 1, 2005 Scheduling Order;

9   WHEREAS Defendants filed summary judgment on November 14, 2005 and the
10  Court informed the parties it was taking the matter under submission without hearing oral
11  argument in January 2006;

12  WHEREAS the Parties believe that extending the expert witness deadlines set
13  forth in the Court's October 18, 2005 Order until after the Court rules on the parties' dispositive
14  motions will be conducive to the efficient and expedient conduct of this litigation and will serve
15  the ends of justice and may avoid unnecessary costs; and

16  WHEREAS the Parties have previously requested two time modifications to the
17  Scheduling Order deadlines set by the Court to extend the expert witness deadlines,

18  NOW THEREFORE, IT IS AGREED AS FOLLOWS:

19  1.   The deadlines set forth in the Court's October 18, 2005, Scheduling Order
20  shall be modified as follows:

21
22  (a)   the deadline to disclose expert witnesses pursuant to F.R.C.P. 26(a)
23        is 45 days from the date the Court enters its order on Defendants'
        Summary Judgment Motion;
24
25  (b)   the deadline to disclose rebuttal expert witnesses is 60 days from
26        the date the Court enters its order on Defendants' Summary
        Judgment Motion;
27
28

1    (c)    the hearing deadline for motions objecting to the qualifications or proposed testimony of any expert is extended to 90 days from the expert witness disclosure deadline identified in paragraph 1(a) above;

(d)    The discovery deadline is extended to 45 days from the expert witness disclosure deadline identified in paragraph 1(a) above, as to expert discovery only, and discovery shall remain closed for all non-expert discovery.

2.    This Stipulation shall be made an Order of the Court.

Dated: March 6, 2006

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jessica R. Perry
Attorneys for Defendants
Apple Computer, Inc. and David Black

Dated: March 6, 2006

WAUKEEN Q. MCCOY, ESQ.
LAW OFFICES OF WAUKEEN Q. MCCOY

/s/
Waukeen Q. McCoy
Attorneys for Plaintiff
Nancy Zayed

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 9, 2006 , 2006

*[signature: James Ware]*

Hon. James Ware
UNITED STATES DISTRICT JUDGE