UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY ZAYED,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE COMPUTERS, et al.,<br><br>    Defendants. | Case No.: C 04-1787 JW PVT<br><br>**ORDER RE MOTION TO CHANGE TIME** |

On April 17, 2006, Defendants filed a motion to change time pursuant to Civil Local Rule 6-3.[1]  No opposition was filed by the third day after the motion was filed within the time allowed. *See* CIVIL L.R. 6-3(c).  Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, this case has been referred to Magistrate Judge Trumbull for all discovery motions. Therefore, based on the unopposed motion to change time,

IT IS HEREBY ORDERED that Defendants' motion to change time is GRANTED, except that any opposition to Defendants' motion to compel an independent mental examination shall be filed no later than April 26, 2006.  Absent further order of this court, the court will rule on the motion without further briefing or oral argument.

Dated: *4/21/06*

                                                     *Patricia V. Trumbull*
                                                   PATRICIA V. TRUMBULL
                                                   United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*