```
1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    JOSEPH C. LIBURT (STATE BAR NO. 155507)
2   JESSICA R. PERRY (STATE BAR NO. 209321)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   1000 Marsh Road
    Menlo Park, CA  94025
4   Telephone:    650-614-7400
    Facsimile:    650-614-7401
5
    Attorneys for Defendants
6   APPLE COMPUTER, INC. and
    DAVID BLACK
7
    WAUKEEN Q. MCCOY, ESQ.
8   LAW OFFICES OF WAUKEEN Q. MCCOY
    703 Market Street, Suite 1407
9   San Francisco, CA  94103
    Telephone:    415-675-7705
10  Facsimile:    415-675-2530

11  Attorneys for Plaintiff
    NANCY ZAYED
```

**IT IS SO ORDERED**
*Judge James Ware*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ZAYED, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE COMPUTERS, a corporation doing business in California; DAVID BLACK, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  C-04-1787<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME REGARDING EXPERT WITNESS DISCLOSURE DEADLINES PURSUANT TO LOCAL RULE 6-2** |

The parties hereto, and their undersigned counsel, hereby stipulate as follows:

WHEREAS the Court previously entered a Scheduling Order in this case on February 1, 2005 and modified that Scheduling Order on July 22, 2005, October 18, 2005, and March 9, 2006;

WHEREAS fact discovery closed on October 3, 2005;

WHEREAS on May 1, 2006, the Court set the trial date in this matter and trial to commence on February 6, 2007;

WHEREAS the Parties are currently engaged in expert discovery;

WHEREAS plaintiff's economic expert has had an unexpected event arise and will be unavailable until June 6, 2006;

WHEREAS the Parties believe that extending the expert witness deadlines set forth in the Court's March 9, 2006 Order as set forth below will be conducive to the efficient and expedient conduct of this litigation, will serve the ends of justice, and will not create any substantial delay, and will not affect the Parties' trial date; and

WHEREAS the Parties have previously requested three time modifications to the Scheduling Order deadlines set by the Court to extend the expert witness deadlines,

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. The deadlines set forth in the Court's March 9, 2006, Scheduling Order shall be modified as follows:

   (a) the deadline to disclose expert witnesses pursuant to F.R.C.P. 26(a) is June 23, 2006;

   (b) the deadline to disclose rebuttal expert witnesses is July 21, 2006;

   (c) the hearing deadline for motions objecting to the qualifications or proposed testimony of any expert is September 25, 2006;

   (d) The discovery deadline is August 11, 2006, as to expert discovery only, and discovery shall remain closed for all non-expert discovery.

2. This Stipulation shall be made an Order of the Court.

Dated: May 9, 2006

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
Jessica R. Perry
Attorneys for Defendants
Apple Computer, Inc. and David Black

Dated: May 9, 2006

WAUKEEN Q. MCCOY, ESQ.
LAW OFFICES OF WAUKEEN Q. MCCOY

_____/s/_____
Waukeen Q. McCoy
Attorneys for Plaintiff
Nancy Zayed

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 9, 2006 , 2006

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE