**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10   Nancy Zayed,                         NO. C 04-01787 JW

11            Plaintiff,          **ORDER RESCHEDULING HEARING ON**
       v.                         **OBJECTIONS TO MAGISTRATE**
12                                **JUDGE'S ORDER**
     Apple Computers,
13
              Defendant.
14   _____/

15        Please take note that on the Court's own motion, the hearing on Objections to Magistrate

16   Judge's Order presently scheduled for June 12, 2006 at 9 a.m. is rescheduled to **Friday, June 16,**

17   **2006 at 9 a.m.**  The new hearing schedule is specially by the Court and cannot be changed by

18   stipulation.

19

20   Dated: June 5, 2006                    _____
                                            JAMES WARE
21                                          United States District Judge

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Jessica Perry jperry@orrick.com
     Joseph Liburt jliburt@orrick.com
3    Waukeen Q McCoy mccoylawsf@yahoo.com

4

5    **Dated: June 5, 2006**                          **Richard W. Wieking, Clerk**

6
                                                       **By: /s/JW chambers**
7                                                          **Melissa Peralta**
                                                           **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28