1  WAUKEEN Q. MCCOY, ESQ.
   LAW OFFICES OF WAUKEEN Q. MCCOY
2  703 Market Street, Suite 1407
   San Francisco, CA  94103
3  Telephone:     415-675-7705
   Facsimile:     415-675-2530
4
   Attorneys for Plaintiff
5  NANCY ZAYED

6  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
7  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, CA  94025
9  Telephone:     650-614-7400
   Facsimile:     650-614-7401
10

11 Attorneys for Defendants
   APPLE COMPUTER, INC. and
12 DAVID BLACK

**IT IS SO ORDERED**
Judge James Ware

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | NANCY ZAYED, an individual, | Case No.  C-04-1787 |
17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME REGARDING EXPERT WITNESS DISCLOSURE DEADLINES PURSUANT TO LOCAL RULE 6-2** |
18 | v. | |
19 | APPLE COMPUTERS, a corporation doing business in California; DAVID BLACK, an individual, and DOES 1-50, inclusive, | |
20 | | |
21 | Defendants. | |

1  The parties hereto, and their undersigned counsel, hereby stipulate as follows:

2  WHEREAS the Court previously entered a Scheduling Order in this case on
3  February 1, 2005 and modified that Scheduling Order on July 22, 2005, October 18, 2005, March
4  9, 2006, and on May 9, 2006.

5  WHEREAS fact discovery closed on October 3, 2005;

6  WHEREAS on May 1, 2006, the Court set the trial date in this matter and trial to
7  commence on February 6, 2007;

8  WHEREAS the Parties are currently engaged in expert discovery;

9  WHEREAS Defendant's IME will be scheduled beyond June 23, 2006,

10  WHEREAS the Parties believe that extending the expert witness deadlines set
11  forth in the Court's May 9, 2006 Order as set forth below will be conducive to the efficient and
12  expedient conduct of this litigation, will serve the ends of justice, and will not create any
13  substantial delay, and will not affect the Parties' trial date; and

14  WHEREAS the Parties have previously requested four time modifications to the
15  Scheduling Order deadlines set by the Court to extend the expert witness deadlines,

16  NOW THEREFORE, IT IS AGREED AS FOLLOWS:

17  1. The deadlines set forth in the Court's May 9, 2006, Scheduling Order shall
18  be modified as follows:

(a) the deadline to disclose expert witnesses related to plaintiff's alleged mental distress pursuant to F.R.C.P. 26(a) is August 25, 2006;

(b) the deadline to disclose rebuttal expert witnesses related to plaintiff's alleged mental distress is September 29, 2006;

(c) the hearing deadline for motions objecting to the qualifications or proposed testimony of experts related to plaintiff's alleged mental distress is December 4, 2006;

      (d)    The discovery deadline is October 18, 2006, as to expert discovery, and discovery shall remain closed for all non-expert discovery.

2. This Stipulation shall be made an Order of the Court.

Dated: June 22, 2006

WAUKEEN Q. MCCOY, ESQ.
LAW OFFICES OF WAUKEEN Q. MCCOY

_____/s/Waukeen McCoy_____
Waukeen Q. McCoy
Attorneys for Plaintiff
Nancy Zayed

Dated: June 22, 2006

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/ Jessica Perry_____
Jessica R. Perry
Attorneys for Defendants
Apple Computer, Inc. and David Black

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __07/06__, 2006

_____/s/ James Ware_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE