1  WAUKEEN Q. MCCOY, ESQ.
   LAW OFFICES OF WAUKEEN Q. MCCOY
2  703 Market Street, Suite 1407
   San Francisco, CA 94103
3  Telephone:  415-675-7705
   Facsimile:  415-675-2530
4
   Attorneys for Plaintiff
5  NANCY ZAYED

6  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
7  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, CA 94025
9  Telephone:  650-614-7400
   Facsimile:  650-614-7401
10

11 Attorneys for Defendants
   APPLE COMPUTER, INC. and
12 DAVID BLACK

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 NANCY ZAYED, an individual,              Case No. C-04-1787

17                Plaintiff,                 **STIPULATION AND [PROPOSED]
                                             ORDER TO DISMISS ALL CLAIMS
18         v.                                AGAINST DEFENDANTS APPLE
                                             COMPUTERS AND DAVID BLACK
19 APPLE COMPUTERS, a corporation doing      WITH PREJUDICE**
   business in California; DAVID BLACK, an
20 individual, and DOES 1-50, inclusive,

21                Defendants.

22

23

24

25

26

27

28

OHS West:260091251.1

                               STIPULATION AND [PROPOSED] ORDER TO DISMISS
                                    ALL CLAIMS AGAINST DEFENDANTS WITH
                                              PREJUDICE (C-04-1787)

## STIPULATION

Plaintiff Nancy Zayed ("Zayed") and Defendants Apple Computers and David Black (collectively "Defendants"), through their respective counsel of record, stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure as follows:

1. This action is hereby dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys fees; and
3. This court will retain jurisdiction to enforce the terms of the underlying settlement agreement.

Dated: September ___, 2006

WAUKEEN Q. MCCOY, ESQ.
LAW OFFICES OF WAUKEEN Q. MCCOY

/s/ Waukeen Q. McCoy
Waukeen Q. McCoy
Attorneys for Plaintiff
Nancy Zayed

Dated: September 14, 2006

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Jessica R. Perry
Jessica R. Perry
Attorneys for Defendants
Apple Computer, Inc. and David Black

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 15th, 2006

Hon. James Ware
UNITED STATES DISTRICT JUDGE

OHS West:260091251.1

1

STIPULATION AND [PROPOSED] ORDER TO DISMISS
ALL CLAIMS AGAINST DEFENDANTS WITH
PREJUDICE (C-04-1787)